**United States District Court**
For the Northern District of California

1

2                                              *E-FILED 07-19-2010*

3

4

5

6

7                              NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11   MICHAEL ALAKOZAI,                    No. C10-02454 HRL

12          Plaintiff,                    **ORDER SETTING DEADLINE FOR
                                          CONSENT OR DECLINATION TO**
13     v.                                 **PROCEED BEFORE A UNITED STATES
                                          MAGISTRATE JUDGE**
14   VALLEY CREDIT UNION, A DIVISION OF
     CEFCU; TD SERVICE COMPANY; and DOES
15   1-20, inclusive,

16          Defendants.
     _____/

17

18          Pursuant to Civil Local Rule 73-1, each party was to have filed either a consent or

19   declination to proceed before a United States magistrate judge by July 14, 2010.  *See* CIV. L.R.

20   73-1(a)(2).  The parties were reminded of this obligation.  (*See* Docket No. 10).  Yet, no one has

21   complied.  Accordingly,

22          **No later than August 6, 2010**, each party shall file either (1) a Consent to Proceed

23   Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate

24   Judge and Request for Reassignment to a United States District Judge.  The forms are available

25   at the Clerk's Office and on the court's website at www.cand.uscourts.gov.

26          The hearing on defendant Valley Credit Union's motion to dismiss and motion to strike

27

28

is continued to **September 21, 2010, 10:00 a.m.** in Courtroom 2.

      SO ORDERED.

Dated:    July 19, 2010

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

1    5:10-cv-02454-HRL Notice has been electronically mailed to:

2    Leo B. Siegel      k9esq@flash.net

3    Leora R. Ragones      lsimantov@llcllp.com, betsym@llcllp.com

4    Michael E. Stone      mikeestone@yahoo.com

5    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

3