*E-FILED 11-08-2010*

Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: stonelaw3425@yahoo.com
       K9esq@flash.net

Attorneys for Plaintiff
MICHAEL ALAKOZAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ALAKOZAI, | CASE NO. CV10-02454 HRL |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| VALLEY CREDIT UNION, A DIVISION OF CEFCU, TD SERVICE COMPANY, AND DOES 1-20, INCLUSIVE, | Date: November 16, 2010<br>Time: 10:00 PM<br>Courtroom: 2, 5th Fl.<br>Magistrate Judge: Howard R. Lloyd |
| Defendants. | |

Plaintiff MICHAEL ALAKOZAI, through his Attorney of Record, Michael E. Stone and Defendant Valley Credit Union, through their Attorney of Record, Leora R. Ragones, hereby stipulate that the Plaintiff's Opposition To The Motion To Dismiss that was due on October 26, 2010 is now due on October 2, 2010 and that Defendant VALLEY CREDIT UNION'S Response is now due on November 11, 2010.

DATED: November 1, 2010

LAW OFFICES OF MICHAEL E. STONE

_____
MICHAEL E. STONE, Attorney for
Plaintiff

1 | DATED: November 1, 2010
2 |
3 |                                             LOMBARDI, LOPER & CONANT, LLP
4 |
                                              LEORA R. RAGONES, Attorney for
                                              Defendant

5 |
6 | **IT IS SO ORDERED** The November 16, 2010 motion hearing is continued to
    December 7, 2010, 10:00 a.m.
7 |
    Dated: November __8__, 2010
8 |                                             Magistrate Judge of US District Court

*STIPULATION AND ORDER*